# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COLT KIMES,<br><br>                Petitioner,<br>      vs.<br><br>LINDA T. McGREW, Warden,<br><br>                Respondent. | Case No. CV 13-4580-SVW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 25, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1